In re Marsha L. JACOWAY, Debtor.

**John M. Wolfe, Chapter 7 Trustee, Appellant,**

v.

**Marsha L. Jacoway, Appellee.**

**No. 00–57072.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 5, 2002.*

Filed April 8, 2002.

Christopher A. Minier, Wood, Bohm & Francis, LLP, Irvine, CA, for the appellant.

Andrew S. Bisom, Bisom & Cohen, LLP, Santa Ana, CA, for the appellee.

Before TROTT, THOMAS and WARDLAW, Circuit Judges.

### ORDER

Appellant John M. Wolfe, trustee of Marsha L. Jacoway's Chapter 7 bankruptcy estate, appeals the Bankruptcy Appellate Panel's ("BAP") decision published as

*This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*In re Jacoway*, 255 B.R. 234 (9th Cir.BAP 2000). We previously cited *Jacoway* with approval in *In re Dudley*, 249 F.3d 1170 (9th Cir.2001), and now affirm the BAP's decision.

**AFFIRMED.**